ARMSTRONG BROS., INC., v. RAYMOND RUBIN. JOHN J. REYNOLDS v. THE

FORDHAM DAVIDSON CORPORATION.— Motion denied, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.